GREGORY C. LOARIE (CA Bar No. 215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
E-mail: gloarie@earthjustice.org

ELIZABETH B. FORSYTH (CA Bar No. 288311)
EARTHJUSTICE
800 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017
Tel: (415) 217-2000
Fax: (415) 217-2040
E-mail: eforsyth@earthjustice.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 3:16-cv-06040-WHA |
| Plaintiffs, | **STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER** |
| vs. | |
| U.S. FISH & WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| AM. FOREST RESOURCE COUNCIL, et al., | |
| Defendant-Intervenors. | |

**STIPULATION TO CASE MANAGEMENT**

Pursuant to the Court's direction at the September 21, 2017 Case Management Conference that the Parties propose a schedule that would allow the Court to hear this case by May 10, 2018, the Parties jointly propose the following schedule:

| | |
|---|---|
| Sept. 29, 2017 | Deadline to file any motions related to the administrative record. If such a motion is filed, the summary judgment briefing schedule set forth below is suspended pending resolution of the record motion, and the parties will propose a new summary judgment briefing schedule to the Court within 10 days of the resolution of the motion; |
| Nov. 3, 2017 | Plaintiffs file their motion for summary judgment, not to exceed 25 pages; |
| Jan. 19, 2018: | Defendants file their combined opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment, not to exceed 25 pages; |
| Jan. 24, 2018: | Defendant-intervenors file their combined opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment, not to exceed 25 pages; |
| Mar. 16, 2018: | Plaintiffs file their combined opposition and reply brief, not to exceed 30 pages; |
| April 16, 2018: | Defendants file their final reply brief, not to exceed 15 pages; |
| April 19, 2018: | Defendant-intervenors file their final reply brief, not to exceed 15 pages; |
| May 10, 2018: | Oral argument on cross-motions to be held at 8:00 am. |

Respectfully submitted,

Dated:  Sept. 26, 2017

 /s/ Gregory C. Loarie
GREGORY C. LOARIE (CA Bar No. 215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel:  (415) 217-2000 / Fax:  (415) 217-2040
E-mail: gloarie@earthjustice.org

ELIZABETH B. FORSYTH (CA Bar No. 288311)
EARTHJUSTICE
800 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017
Tel: (415) 217-2000 / Fax: (415) 217-2040
E-mail: eforsyth@earthjustice.org

*Counsel for Plaintiffs*

|   |   |
|---|---|
|   | JOHN C. CRUDEN<br>Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>SETH M. BARSKY, Chief<br>MEREDITH L. FLAX, Assistant Chief |
| Dated:  Sept  26, 2017 | /s/ Jeremy Hessler (with permission)<br>JEREMY HESSLER (CA Bar No. 281462)<br>Wildlife and Marine Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 305-0431 (phone)<br>(202) 305-0275 (fax)<br>jeremy.hessler@usdoj.gov<br><br>*Counsel for Federal Defendants* |
| Dated:  Sept. 26, 2017 | /s/ Alison Hunter (with permission)<br>Alison C. Hunter, Idaho Bar No. 8997, *Pro Hac Vice*<br>AlisonHunter@perkinscoie.com<br>Erika E. Malmen, Idaho Bar No. 6185 *Pro Hac Vice*<br>EMalmen@perkinscoie.com<br>Robert A. Maynard, Idaho Bar No. 5537 *Pro Hac Vice*<br>RMaynard@perkinscoie.com<br>PERKINS COIE LLP<br>1111 West Jefferson Street, Suite 500<br>Boise, ID 83702-5391<br>Telephone: 208.343.3434<br>Facsimile: 208.343.3232<br><br>*Counsel for Defendant-Intervenors* |

# [~~PROPOSED~~] CASE MANAGEMENT ORDER

Pursuant to the Parties' stipulation, the briefing schedule in *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, 3:16-cv-06040-WHA, is hereby as follows:

| | |
|---|---|
| Sept. 29, 2017 | Deadline to file any motions related to the administrative record. If such a motion is filed, the summary judgment briefing schedule set forth below is suspended pending resolution of the record motion, and the parties will propose a new summary judgment briefing schedule to the Court within 10 days of the resolution of the motion; |
| Nov. 3, 2017 | Plaintiffs file their motion for summary judgment, not to exceed 25 pages; |
| Jan. 19, 2018: | Defendants file their combined opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment, not to exceed 25 pages; |
| Jan. 24, 2018: | Defendant-intervenors file their combined opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment, not to exceed 25 pages; |
| Mar. 16, 2018: | Plaintiffs file their combined opposition and reply brief, not to exceed 30 pages; |
| April 16, 2018: | Defendants file their final reply brief, not to exceed 15 pages; |
| April 19, 2018: | Defendant-intervenors file their final reply brief, not to exceed 15 pages; |
| May ~~10~~ 3, 2018: | Oral argument on cross-motions to be held at 8:00 am. |

This is a very generous and relaxed briefing schedule.  Please do not ask for any continuances.

Any snafus that arise should be brought to the Court's attention immediately.

IT IS SO ORDERED.

Dated:   September 27, 2017.



IT IS SO ORDERED AS MODIFIED
Judge William Alsup